IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:11-cr-167-DPM

THEODORE MARKLEY     DEFENDANT

## ORDER

The Court is mindful of a crime victim's right to be heard at sentencing. 18 U.S.C. § 3771(a)(4). The United States is directed to certify under seal by 6 May 2013 that it has notified the victim identified in paragraphs 6 through 9 of the presentence report, or the victim's guardian, that the victim, the victim's guardian, or a family member may testify at Markley's 7 May 2013 sentencing hearing. 18 U.S.C. § 3771(e). If the victim or the victim's guardian cannot be reached, the United States is directed to specify the efforts it took to give the required notice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 May 2013